KP

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**RECEIVED**

AUG 2 2 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Louis C Harris

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

DR. Dan Williams
LT. Tim Whiteside
County Jail
LT. Tim Erickson

16-cv-8272
Judge Robert M. Dow, Jr.
Magistrate Judge Morton Denlow
PC1

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Louis C Harris

B. List all aliases: Darrel Jones

C. Prisoner identification number: B-33419

D. Place of present confinement: Stateville

E. Address: Statesville P.O. Box-112 Joliet, IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Dan Williams (Doctor)

   Title: Doctor

   Place of Employment: Whiteside County Jail

B. Defendant: LT. Tim Erickson

   Title: LT. of the Jail

   Place of Employment: Whiteside county Jail

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _I CASE IN MY NAME NO WAY for me to look it up_

B. Approximate date of filing lawsuit: _The year 2000_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _LOUIS C. HARRIS DArrel Jones_

D. List all defendants: _Louis C Harris Cook county Jail._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Cook county_

F. Name of judge to whom case was assigned: _dont remember Judge name._

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _the case dismissed And resolved_

I. Approximate date of disposition: _Sometime in 2000_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON The Above APProximAted time I were IN whiteSide County Jail Dec-29-14 I Told the intAke in booking dept the medicATion that I used, HcTZ 25 MG, blood Pressure, Artifial tears, PePsid 20 MG. I AM very Hardship to SAy I did Not received Any Medication until Feb-2-15 by then My blood Pressure wAs to high 165 over 145 The doctor could not get my blood pressure Down So he gave me Anothere blood Pressure Pill cAlled AMALodipine 10 MG. in week ONe week I told the NuRse that Pill is Not working She Said tAke the Pill And put IN to See the doctor, I went to See the Doctor he Persuaded and insist Me to tAke AMALodpine 10MG. So I did by the third week My heart started to Flutting I Feel Pain under my left foot behind my left Knee And

5.

Legs under my left buttox I were Having A irrigular heart beat. I was only given NOROXZIN 400 MG. in the morning 400 MG. in the evening No other treatment.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be Free From cruel AN UNUSUAL Punishment under the LAW I Not Geting proper medication I Need for my Health to Survive.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 3 day of 10, 20 16

Louis C Harris
(Signature of plaintiff or plaintiffs)

Louis C Harris
(Print name)

B-33419
(I.D. Number)

STATEVille P.O Box. 112
Joliet, IL 60434
(Address)